IH-32                                                                                                      Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

KIM SCHOFIELD

| Plaintiff | Case Number |
|---|---|
| vs. | |
| WORLD WRESTLING ENTERTAINMENT INC., JOHN CENA, JACOB BRIAN DUTTON, TKO GROUP HOLDINGS, INC., PIX-RUSS MUSIC and CYNTHIA JO RUSSELL | |

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

KIM SCHOFIELD

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-07422-RA |
| SONY MUSIC ENTERTAINMENT, EPIC RECORDS, TYSHAWN JOHNSON, and NAQUONN DUMAR SOLOMON | |

Defendant

IH-32                                                                                                      Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed

(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open

(If so, set forth procedural status and summarize any court rulings.)

The related case 1:25-cv-07422-RA is currently pending before Judge Ronnie Abrahms. All parties have been served with the complaint. The parties have stipulated to an extension of time for the defendant(s) to file their answer or responsive motion until January 3, 2026.
A court-ordered initial pretrial conference call is currently scheduled for January 9, 2026, with the Judge, all counsel, and the pro se plaintiff. No dispositive rulings have been issued by the Court at this time."


Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case because both actions arise from the same series of transactions and occurrences regarding the Plaintiff's copyrighted work, and involve common questions of fact and law.
While the first action 1:25-cv-07422-RA focused on willful copyright infringement of the sound recording and certain cover elements against different defendants, the current action specifically addresses the newly added elements of the cover arrangement (filed with the US Copyright Office in July 2025) and includes defendants representing the original author of the underlying song.
The core issues in both cases require the court to determine the validity, scope, and protectable elements of the Plaintiff's arrangements and recordings.


Signature: _____    Date: December 1, 2025
             Plaintiff, Pro Se

Firm: _____