Kim Schofield
35 Darley Street
Ajax, Ontario, Canada
L1T 3X9
(905) 686-1370
kim@peteschofieldandthecanadians.com
Pro Se


December 15, 2025


Hon. Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Schofield v. World Wrestling Entertainment Inc., et al.*
                  Civil Action No. 1:25-cv-10038
                  _____

Dear Chief Judge Swain,

    I am pro se Plaintiff, Kim Schofield in the above-captioned case.  I filed my complaint with the Southern District of New York Pro se office (via email), on December 2, 2025 and my amended complaint in the same above-captioned case on December 10, 2025.

    As soon as I received my case number on December 4, 2025, I purchased a money order in the amount of US$405, payable to Clerk of Court, USDC, SDNY and mailed same on December 4, 2025 through Canada Post.  I included tracking and requested a signature upon delivery.  The money order was mailed to: United States District Court for the Southern District of New York, Cashiers Room 120, 500 Pearl Street, New York, New York

1

10007.  As of today's date, December 15, 2025 the USPS and the Canada Post Office cannot locate the money order.  As per tracking, it did arrive in New York on December 6, 2025, however nobody can provide an answer as to where it is now.

I'm not sure of the protocol for this, other than I have 30 days to remit the fees.  I am asking the court for an extension to see if the money order shows up, or I can go to the bank and re-purchase and go through the procedure again.  My concern are the upcoming holidays and natural postal delays.

I have notified the Cashiers Room, I have notified customs, USPS all in the hopes they will provide an update.  Currently the status reads: Item has arrived in foreign country Usjfka, USA on December 6, 2025 at 5:11 am.

I'd like to thank the Court for its attention to the foregoing and if an extension to January 15, 2026 is allowable.

Respectfully,

Kim Schofield

Two PDF attachments were included with this email to the pro se office
1.) Copy of money order purchased
2.) Post Office Receipt with tracking