```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No. 25-cv-10038-RA
KIM SCHOFIELD, Pro Se
                                                                       LETTER MOTION FOR LEAVE
                                        Plaintiff                      TO FILE AMENDED
                                                                       COMPLAINT WITH
         v.                                                            CORRECTED CAPTION AND
                                                                       REQUEST FOR EXTENSION
WORLD WRESTLING ENTERTAINMENT INC.,                                    OF TIME FOR SERVICE OF
JOHN CENA, TKO GROUP HOLDINGS, INC., and                               PROCESS
JACOB BRIAN DUTTON

                                        Defendants
-------------------------------------------------------------------X
```

February 24, 2026

Hon. Ronnie Abrams
District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Honorable Judge Abrams:

Plaintiff respectfully submits this letter motion humbly requesting: (a) leave to file a Third Amended Complaint, in keeping with Federal Rule of Civil Procedure ("FRCP") § 15.1 and the Local Rules of the Southern District of New York; (2) leave to amend the caption of the case, in keeping with FRCP § 10(a); and (c) granting additional time to complete service of process on the Defendants, pursuant to FRCP § 4(m).

   1.   **Introduction / Purpose**

Plaintiff seeks to amend her complaint to correct various potential defects within the former pleadings; and to more properly incorporate newly discovered facts material to Plaintiff's fraud and copyright allegations.

Plaintiff was formerly under the erroneous impression that Exhibits are not permitted to be included in pleadings. Moreover, if Plaintiff is not afforded additional time, it is likely that various claims may be rendered time-barred by the statutes of limitations. This request is not being made in bad faith and there would be no prejudice to the defendants. For these reasons and good cause shown, Plaintiff also requests additional time to effectuate service of the

amended complaint on all Defendants as per this motion, *infra*, to amend the caption to remove certain defendants.  The amendment is not sought for purposes of delay.  Because no Defendants has yet been served and no responsive pleading has been filed, no party will suffer prejudice from permitting amendment at this stage

2. **Background**

Plaintiff originally filed her complaint, alleging fraudulent inducement, breach of contract and copyright infringement for both the sound recording and the composition in connection with the musical work "The Time Is Now".  A first and second amended complaint were filed to clarify claims and incorporate additional information regarding Defendants' pre-license conduct, settlement negotiations, and post-settlement use of the recording, in addition to Plaintiff's ongoing efforts to clarify the claims and conform with correct procedure.

3. **Reason for Amendment**

Allowing the amendment will serve both justice and efficiency by consolidating all relevant claims into a single, cohesive, and comprehensive complaint.  Among other things, there are Exhibits that Plaintiff now wishes to include with her Complaint that relate directly to the date of Plaintiff's discovery of the fraud in question.  During the pendency of this matter, Plaintiff also maintained a separate action against Sony Music Entertainment (Case No. 25-cv-7422) involving related factual subject matter.  In the interest of efficiency and consolidation of overlapping allegations, certain factual material was incorporated here while the Sony matter remained active.   That action has now been resolved without prejudice pursuant to a settlement agreement executed on February 20, 2026.  The proposed Third Amended Complaint reflects that resolution and narrows the claims accordingly and leave is required to amend the caption of the case.

4. **Request for Extension of Time**

Plaintiff respectfully requests an extension of 90 days from the date the Third Amended Complaint is filed to complete service of process on all Defendants. Additional time is necessary due to the complexity and expense involved in deliniating the proper defendants and properly effectuating service of process on said defendants.

Plaintiff respectfully requests that the Court:

1. Grant leave to file a Third Amended Complaint;

2. Grant leave to Amend the Caption of the Complaint;

3. Grant an extension of 90 days to complete service of process on all Defendants; and

4. Grant any other relief the Court deems just and proper.

Plaintiff thanks the court for its attention to the foregoing,

Respectfully,

*KL Schofield*

Kim Schofield
Plaintiff, *Pro Se*
35 Darley Street
Ajax, Ontario, Canada
L1T 3X9
Tel: (905) 686-1370
Email: kim@peteschofieldandthecanadians.com