UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM SCHOFIELD,<br><br>                      Plaintiff,<br><br>                      v.<br><br>WORLD WRESTLING ENTERTAINMENT INC., JOHN CENA, JACOB BRIAN DUTTON, TKO GROUP HOLDINGS, INC., PIX-RUSS MUSIC, and CYNTHIA JO RUSSELL,<br><br>                      Defendants. | 25-CV-10038 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       By letter-motion dated February 24, 2026, Plaintiff Kim Schofield, proceeding *pro se*, requested (1) leave to file a "Third Amended Complaint," (2) leave to amend the case caption, and (3) additional time to complete service of process on the Defendants. Dkt. 10.

       The Court will grant Plaintiff leave to amend her complaint. Under Federal Rule of Civil Procedure 15, the Court should "freely give leave" to amend "when justice so requires." Fed. R. Civ. P. 15. "A pro se complaint is to be read liberally and should not be dismissed without granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." *Shomo v. City of N.Y.*, 579 F.3d 176 (2d Cir. 2009) (cleaned up). Given that only one Amended Complaint has been filed in this action, *see* Dkt. 7, Schofield shall be permitted to file a Second Amended Complaint with this Court's Pro Se Intake Unit within 60 days of the date of this Opinion and Order, caption the document as a "Second Amended Complaint," and label the document with docket number 25-CV-10038 (RA).

       To the extent Schofield seeks to remove particular defendants from this action, the Court will direct the Clerk of Court to amend the case caption upon the filing of the Second Amended Complaint.

       Finally, the Court will grant Schofield an additional 90 days to complete service of process

on Defendants. Under Federal Rule of Civil Procedure 4(m), a Court "must extend the time for service for an appropriate period" upon a showing of "good cause." "Courts generally weigh a plaintiff's *pro se* status in favor of granting an extension," *Jordan-Rowell v. Fairway Supermarket*, 2019 WL 570709, at *6 (S.D.N.Y. Jan. 16, 2019), and Schofield has indicated that an extension would ameliorate the "complexity" inherent in "properly effectuating service of process" on the Defendants. Dkt. 10.

For these reasons, the Court will grant Schofield leave to file a Second Amended Complaint, will permit amendment of the case caption, and will grant her an additional 90 days to complete service of process. Schofield is further advised that, if she seeks legal assistance, she may consult with the City Bar Justice Center's clinic for pro se litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

SO ORDERED.

Dated:   March 2, 2026
         New York, New York

_____
Ronnie Abrams
United States District Judge