

## INTUIT
### INVESTIGATIVE RESOURCES

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10038-RA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    JACOB BRIAN DUTTON

was received by me on *(date)*        April 25, 2026        .

☑ I personally served the summons on the individual at *(place)*  2423 E Valley St, Seattle, WA 98112

on *(date)*    May 11, 2026    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*        , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*            ; or

❏ I returned the summons unexecuted because                    ; or

❏ Other *(specify):*

I declare under penalty of perjury that this information is true.

Date:    May 11, 2026

*Server's signature*

Joshua Ritts, WA PI Lic #4500
*Printed name and title*

PO Box 23063
Seattle, WA 98102

*Server's address*

Additional information regarding attempted service, etc:

Served DUTTON on 5/11/2026, 2031 Hours. DUTTON yelled profanity at me from his balcony terrace and refused to come down to accept service. I told him I was leaving papers stuck in the door and did so in front of him. DUTTON told me "I'm gonna toss those out!" I informed DUTTON that failure to answer the summons could result in a default judgment against him, and he continued to shout profanity at me as I departed.

Papers served: 1) SUMMONS, 2) THIRD AMENDED COMPLAINT, 3) EXHIBITS A - I