AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-10038 (RA)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TKO GROUP HOLDINGS, INC.

was received by me on *(date)*   April 25 2026

☒ I personally served the summons on the individual at *(place)*
Dave FRIEDMAN   on *(date)* MAY 8-2026  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: MAY 8 2026 _____

_____
*Server's signature*

EDWARD G DOWD

_____
*Printed name and title*

65 AIRPARK DR   Ronkonkoma NY 11779
_____
*Server's address*

Additional information regarding attempted service, etc: