**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIM SCHOFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, JOHN CENA, JACOB BRIAN DUTTON, and TKO GROUP HOLDINGS, INC.,<br><br>Defendants. | Case 1:25-cv-10038-UA<br><br>**NOTICE OF MOTION TO INTERVENE** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of David A. Helfant, and all prior proceedings herein, Cynthia Jo Russell, individually and doing business as Pix-Russ Music (hereinafter, "Proposed Intervenor"), will move this Court, before the Honorable Judge Ronnie Abrams, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Rule 24 of the Federal Rules of Civil Procedure:

1.      Granting Proposed Intervenor an order for leave to intervene in this action as of right pursuant to Rule 24(a) and/or permissively under Rule 24(b);

2.      Deeming the proposed Complaint in Intervention filed and served; and

3.      Granting such other and further relief as the Court deems just and proper.

Proposed Intervenor's Motion to Intervene is based on the grounds that this motion is timely and will not impair or impede the prompt resolution of the issues presented in this action, and Proposed Intervenor is entitled to intervene as a matter of right because she has an interest relating to the property and/or transaction that is the subject of the action, the disposition of this

action may impair or impede that interest, and Proposed Intervenor's interests are not adequately represented by the original parties to this action.

Dated: June 11, 2026                      Respectfully submitted,

**RAINES FELDMAN LITTRELL LLP**

By: *Tyler A. Anger*
Tyler Anger
1350 Avenue of the Americas, 22nd Fl.
New York, NY 10019
tanger@raineslaw.com

**LAW OFFICES OF DAVID A. HELFANT**

David A. Helfant (pro hac vice forthcoming)
1880 Century Park East, Suite 1011
Los Angeles, CA 90067
david@helfantlaw.com