UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KIM SCHOFIELD,                                          **25-cv-10038-RA**


                                    *Plaintiff,*                **NOTICE OF VOLUNTARY
                                                         DISMISSAL WITH PREJUDICE
                                                         AS TO DEFENDANT JACOB
                                                         BRIAN DUTTON ONLY**


                    v.


WORLD WRESTLING ENTERTAINMENT LLC.,

JOHN CENA, TKO GROUP HOLDINGS, INC.


                                    *Defendants*.


-----------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT JACOB BRIAN DUTTON ONLY

PLEASE TAKE NOTICE that Plaintiff Kim Schofield, by and through undersigned counsel,

voluntarily dismisses **with prejudice** all claims asserted in this action against Defendant Jacob

Brian Dutton p/k/a Jake One only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This Notice is filed before Defendant Jacob Brian Dutton has served either an answer or a

motion for summary judgment.  The dismissal is without prejudice, with each side to bear its

own fees and costs, and does not dismiss, release, impair, or otherwise affect Plaintiff's claims

against Defendants World Wrestling Entertainment LLC, John Cena, or TKO Group Holdings,

Inc.  Plaintiff respectfully requests that the Clerk of Court terminate Jacob Brian Dutton as a

defendant on the docket.

Dated: June 25, 2026                        Respectfully submitted,
Queens, New York

                                    /s/ *George C. Grasso*
                                    _____
                                    GEORGE C. GRASSO, ESQ.


                                    1

GCGRASSO LAW, PLLC
Attorneys for Plaintiff Kim Schofield
*Certified Pursuant to NYCRR 130-1.1*
123-60 83rd Avenue, Suite 2R
Kew Gardens, New York 11415
(718) 308-7947 (CELL PHONE)
(718) 819-8696 (OFFICE PHONE)
(332) 264-7920 (FAX)
GEORGE@GCGRASSOLAW.COM

cc:    All counsel of record via ECF
       Client

2