

Matthew Fox
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial:  646.777.0051
mfox@beneschlaw.com

July 23, 2026

***Via ECF only***
Hon. Ronnie Abrams
United States District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

      Re:    *Kim Schofield v. World Wrestling Entertainment, LLC et al. (Case No. 1:25-cv-10038-RA)*

Dear Judge Abrams:

We represent Defendants World Wrestling Entertainment, LLC; John Cena; and TKO Group Holdings, Inc. ("Defendants") in the above-captioned matter. Per Rule 1.D of Your Honor's Individual Rules & Practices for Civil Cases, the parties jointly submit this letter requesting an additional extension of time for Defendants to answer, move, or otherwise respond to Plaintiff's Fourth Amended Complaint.  This is Defendants' second request for an adjournment of time regarding the Fourth Amended Complaint.  This request arises from attorney von der Heydt's need to prepare and travel for a hearing unexpectedly ordered yesterday, and set to take place in five days in-person before the United States District Court for the Southern District of Florida.  Plaintiff has consented to this adjournment.

On July 5, 2026, Plaintiff filed the Fourth Amended Complaint (the "Complaint") to the docket in this matter, setting an anticipated deadline to answer or move as July 17, 2026.  On July 9, the parties filed a joint letter stipulating to an extension of time for Defendants to answer or otherwise respond to the Complaint by July 27.

Respectfully, at Defendant's behest and Plaintiff's consent, the parties again jointly move this court to Order the Parties' Stipulation herein for an extension of time for Defendants to answer or otherwise respond by **August 3, 2026**.

The undersigned are available at the Court's convenience to answer any questions.

      Respectfully submitted,

      BENESCH, FRIEDLANDER,
        COPLAN & ARONOFF LLP

      */s/ Matthew Fox*
      Matthew Fox
      James von der Heydt (*pro hac vice*)

cc:    George C. Grasso (counsel for Plaintiff) – via ECF