UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KIM SCHOFIELD,

|  |  |  |
|---|---|---|
| Plaintiff, | Case No. | 1:25-cv-10038-RA |
|  | Related case: | 1:25-cv-07422-RA |

v.

WORLD WRESTLING ENTERTAINMENT LLC,
JOHN CENA, and TKO GROUP HOLDINGS, INC.,

                                Defendants.
-------------------------------------------------------------------X

## DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF KIM SCHOFIELD'S <u>FOURTH AMENDED COMPLAINT</u>

**PLEASE TAKE NOTICE** that upon filing the accompanying memorandum of law, Defendants World Wrestling Entertainment LLC, John Cena, and TKO Group Holdings, Inc. (collectively, "Defendants") by and through their undersigned counsel, Benesch, Friedlander, Coplan & Aronoff LLP, hereby move this Court for: (a) an Order dismissing Plaintiff Kim Schofield's Fourth Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b); and (b) for such other and further relief as the Court deems just and proper.

Dated: August 3, 2025

Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: */s/ James von der Heydt*

James von der Heydt (*pro hac vice*)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Phone: 216-363-4500
jvonderheydt@beneschlaw.com

Matthew Fox
Maya E. Rivera
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Phone: 646-593-7050
mfox@beneschlaw.com
mrivera@beneschlaw.com

*Attorneys for Defendants World Wrestling
Entertainment LLC, John Cena, and TKO
Group Holdings, Inc.*