George C. Grasso, Esq.
GCGRASSO LAW, PLLC
123–60 83rd Avenue, Suite 2R
Kew Gardens, New York 11415
(718) 819–8696
george@gcgrassolaw.com
Attorneys for Plaintiff Kim Schofield

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

KIM SCHOFIELD,

*Plaintiff*,

v.

WORLD WRESTLING ENTERTAINMENT LLC,
JOHN CENA, and TKO GROUP HOLDINGS, INC.,

*Defendants*.

--------------------------------------------------------------X

Case No. 1:25-cv-10038-RA
Related Case No. 1:25-cv-07422-RA

**DECLARATION OF GEORGE C. GRASSO IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**

I, George C. Grasso, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the principal of GCGrasso Law, PLLC and counsel of record for Plaintiff Kim Schofield. I submit this declaration in opposition to Defendants' Motion to Dismiss the Fourth Amended Complaint, Dkts. 59–60, for the limited purpose of authenticating the exhibit attached hereto.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of non-privileged email correspondence exchanged among Plaintiff's former counsel William R. Leibowitz, Curtis B. Krasik of K&L Gates LLP, and Partha Chattoraj, dated May 13, 2016, June 2, 2016, and June 14, 2016, together with the visible continuation of the May 2, 2016 email from Mr. Krasik to Mr.

Leibowitz. This exhibit is submitted solely in connection with Plaintiff's opposition to Defendants' motion to dismiss and is not an exhibit to the Fourth Amended Complaint.

3. Exhibit 1 completes the settlement-valuation email thread placed before the Court by Defendants as Dkt. 60–1 and referenced in the Fourth Amended Complaint, including FAC ¶¶ 34 and 69. It is submitted for the limited purpose of providing the Court with the non-privileged context of the correspondence Defendants already elected to place before the Court.

4. No client-attorney privileged communication is submitted with this declaration. A privileged communication appearing in Plaintiff's compiled materials has been omitted from Exhibit 1.

5. Plaintiff's opposition otherwise rests on the Fourth Amended Complaint, its exhibits, documents Defendants placed before the Court, and the pleadings and docket properly before the Court.

Dated: September 8, 2026
Queens, New York

/s/ George C. Grasso
George C. Grasso, Esq.