# EXHIBIT 1

June 2016 Follow-Up Email Chain Between
William R. Leibowitz and Curtis B. Krasik

Filed in opposition to Defendants' Motion to Dismiss.

Attorney-client communication appearing in Plaintiff's compiled version has been omitted from this exhibit.

**From:** "Krasik, Curtis B." <Curtis.Krasik@klgates.com>
**Date:** June 14, 2016 at 6:19:27 PM EDT
**To:** Bill Leibowitz <bill@robertspllc.com>
**Cc:** Partha Chattoraj <pchattoraj@abv.com>, "Krasik, Curtis B." <Curtis.Krasik@klgates.com>
**Subject: RE: The Estate of Peter Schofield May 13 2016 Letter to Curtis Krasik**

FOR SETTLEMENT PURPOSES ONLY

Bill,

My apologies for the delayed response, but I have been out of the office in depositions. In response to your question, WWE is agreeable in settlement of this matter to compensate your client with respect to revenues that are attributable to use of the song. All such revenue streams were identified on the chart attached to my 5/2 email (by the way, the “master licenses” revenue includes licenses for use in toys). The other categories you have identified do not involve revenues that are attributable to use of the song and on which a “license” feasibly could be calculated. As to your specific question about the WWE website’s receipt of advertising monies that relate to use of the recording, there are no such discrete revenues attributable to use of the song.

Please let me know if the terms that have been proposed are agreeable to your client. Thank you.

**From:** Bill Leibowitz <bill@robertspllc.com>
**Date:** June, 2, 2016 at 2:47 PM EDT
**To:** "Krasik, Curtis B." <Curtis.Krasik@klgates.com>
**Cc:** "pchattoraj@abv.com" <pchattoraj@abv.com>
**Subject: RE: The Estate of Peter Schofield April 1 2016 Letter to Curtis Krasik**

Curtis-- can you please advise when I can expect to hear from you regarding my letter below.

Thank you- Bill Leibowitz

**From:** Bill Leibowitz <bill@robertspllc.com>
**Date:** May 13, 2016 at 8:46:36 AM EDT
**To:** "Krasik, Curtis B." <Curtis.Krasik@klgates.com>
**Cc:** "pchattoraj@abv.com" <pchattoraj@abv.com>
**Subject: RE: The Estate of Peter Schofield April 1 2016 Letter to Curtis Krasik**

FOR SETTLEMENT PURPOSES ONLY/

WITHOUT PREJUDICE

Curtis – thank you for your correspondence below which Partha and I have discussed with our client.

After review of the figures, the essential question that our client and we continue to have is why – if your clients are willing to pay royalties on the items which your clients have listed on the accounting – are your clients not also willing to pay royalties on the DVDs, video games and toys that embody the recording? It is completely logical (and reasonable) that these items should be royalty-bearing items as well.

We also think that as your clients' calculations provide for YouTube royalties on the recording – it is only fair and logical for some measure of royalty recognition to be provided in respect of the WWE website's receipt of advertising monies that relate to the use of the recording.

Please discuss this with your clients. Thank you.

**WILLIAM R. LEIBOWITZ**

**ROBERTS LEIBOWITZ & HAFITZ pllc**

**From:** Krasik, Curtis B. [mailto:Curtis.Krasik@klgates.com]
**Sent:** Monday, May 02, 2016 7:19 AM
**To:** Bill Leibowitz
**Cc:** pchattoraj@abv.com; Krasik, Curtis B.
**Subject:** RE: The Estate of Peter Schofield April 1 2016 Letter to Curtis Krasik

FOR SETTLEMENT PURPOSES ONLY
NO PREJUDICE

Bill,
In response to your email below, attached is a chart reflecting the calculation of royalties that would be payable under the terms of my March 18, 2016 letter. Please let me know if you have any questions or want to discuss further.

**From:** Bill Leibowitz [mailto:bill@robertspllc.com]
**Sent:** Thursday, April 21, 2016 6:21 PM
**To:** Krasik, Curtis B.
**Cc:** pchattoraj@abv.com
**Subject:** Fwd: The Estate of Peter Schofield April 1 2016 Letter to Curtis Krasik

Curtis-- please advise when we can expect to receive the information requested in my email below.

Thank you.

Regards- William Leibowitz