George C. Grasso, Esq.
GCGRASSO LAW, PLLC
123–60 83rd Avenue, Suite 2R
Kew Gardens, New York 11415
(718) 819–8696
george@gcgrassolaw.com
Attorneys for Plaintiff Kim Schofield

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*September 8, 2026*
***via ECF***

**Re: Schofield v. World Wrestling Entertainment LLC et al., No. 1:25-cv-10038 (RA) [rel. 1:25-cv-07422 (RA)] — Request for Oral Argument on Defendants' Motion to Dismiss**

Dear Judge Abrams:

Plaintiff respectfully requests oral argument on Defendants' motion to dismiss the Fourth Amended Complaint, Dkts. 59–60, should the Court determine that argument would assist in resolving the motion. The motion raises several threshold issues—fraudulent inducement, timeliness under CPLR 213(8), the effect of a challenged release, TVT Records remedy sequencing, and the sufficiency of contract and TKO-related allegations—that may benefit from focused argument.

Plaintiff recognizes that the Court will determine whether argument is necessary and submits this request solely to preserve the request under Rule 4.G of Your Honor's Individual Rules.

Respectfully submitted,
/s/ George C. Grasso
George C. Grasso, Esq.
GCGrasso Law, PLLC
Attorneys for Plaintiff Kim Schofield

cc: All counsel of record via ECF